IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GALE FITZPATRICK and THE ESTATE OF COLIN FITZPATRICK, <br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL TECHNICAL INSTITUTE, INC. <br> Defendant. | Civil Action No. 08-1137 |

## ORDER

AND NOW, this 11th day of August, 2010, for the reasons stated in the accompanying memorandum, it is hereby ORDERED that defendant's motion to dismiss (docket no. 46) is GRANTED. Plaintiffs' second amended complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.